UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES AARON BROOKS, :

    Petitioner    :   CIVIL ACTION NO. 3:19-0302

v     :

    (JUDGE MANNION)

Warden HUGH J. HURWITZ, :

    Respondent    :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1) is **DISMISSED** for lack of jurisdiction.

2. Petitioner's motion for a "Certificate of Merit" seeking verification that the bank branch he robbed is FDIC insured (Doc. 7), is **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated: February 13, 2020
19-0302-01-ORDER