UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES AARON BROOKS, | : |
| Petitioner | : CIVIL ACTION NO. 3:19-0302 |
| v. | : (JUDGE MANNION) |
| HUGH J. HURWITZ, | : |
| Respondent | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT** Petitioner's motions for reconsideration (Docs. 14, 18) are **DENIED**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: January 5, 2021**
19-0302-02-Order